# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD A. MICKIE,<br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner Of Social Security,<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 17-4694 |

## O R D E R

**AND NOW**, this 23rd day of October, 2018, upon consideration of Plaintiff's Request for Review, the record in this case, the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated August 27, 2018, and Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge, **IT IS ORDERED** as follows:

  1. The Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated August 27, 2018, is **APPROVED** and **ADOPTED**;

  2. Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge are **OVERRULED** for the reasons stated in the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated August 27, 2018. The issues raised in the Objections were addressed in the Report and Recommendation which this Court has approved and adopted;

  3. Plaintiff's Request for Review is **DENIED**; and,

  4. The Clerk of Court shall **MARK** this case **CLOSED**.

              **BY THE COURT:**

              /s/ Hon. Jan E. DuBois

              _____
              DuBOIS, JAN E., J.